McGREGOR W. SCOTT
United States Attorney
District of Arizona
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134

E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art McHugh, ) | Case No. 2:07-CV-02767-GGH |
|     Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social ) | |
| Security, ) | |
|     Defendant. ) | |
| _____) | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from July 9, 2008 to August 10, 2008.

    This is the defendant's second request for an extension of time to respond to plaintiff's motion for summary judgment.  The

1

case was recently assigned to another attorney in the Office of the General Counsel.  The defendant needs additional time to further review the file in this matter and to consider settlement.

Respectfully submitted this 3rd day of July 2008.

```
DATED: July 3, 2008          By:  /s/ John V. Johnson
                                  (As agreed via telephone)
                                  JOHN V. JOHNSON
                                  Attorney at Law

                                  Attorney for Plaintiff


                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: July 3, 2008          By:  /s/ Theophous H. Reagans
                                  THEOPHOUS H. REAGANS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant
```

IT IS SO ORDERED:

Dated:07/14/08                    /s/ Gregory G. Hollows
                                  United States Magistrate Judge

mchugh.eot2

2