1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
        333 Market Street, Suite 1500
5       San Francisco, CA 94105
        Telephone: (415) 977-8943
6       Fax: (415) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11 Art McHugh,                    ) Case No. 07-CV-2767 - GGH
                                  )
12           Plaintiff,            )
                                  ) STIPULATION AND ORDER FOR
13     vs.                         ) REMAND PURSUANT TO SENTENCE
                                  ) FOUR OF 42 U.S.C. § 405(g),
14 MICHAEL J. ASTRUE,              ) and
   Commissioner of Social         )
15 Security,                       ) REQUEST FOR ENTRY OF JUDGMENT
                                  ) IN FAVOR OF PLAINTIFF AND
16           Defendant.            ) AGAINST DEFENDANT
                                  )
17

18     The parties hereby stipulate by counsel, with the Court's
19 approval as indicated by issuance of the attached Order, that the
20 above-referenced case be remanded to the Commissioner of Social
21 Security for further administrative proceedings, pursuant to
22 sentence four of 42 U.S.C. section 405(g).
23     On remand, the Appeals Council will instruct the
24 Administrative Law Judge to take the following action:
25     1)   Recontact Stephen Raffle, M.D., and consider the
26          additional evidence submitted to the Appeals Council
27          that reflects a 50% disability rating from the Veterans
28

Stip & Proposed Order Re Remand                              Page 1

        Administration pursuant to Social Security Ruling 06-03p;

2) Determine whether drug and/or alcoholism is a contributing factor material to a finding of disability pursuant to 20 C.F.R. § 404.1535;

3) Further evaluate claimant's mental impairment in accordance with the special technique described in 20 C.F.R. § 404.1502a;

4) If warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on claimant's occupational base;

5) Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 4, 2008

*(As authorized* via E-MAIL)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: August 4, 2008    McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By: */s/Theophous H. Reagans*
Theophous H. Reagans
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 08/14/08           /s/ Gregory G. Hollows
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

mchugh.rem